

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00254-CR

THE STATE OF TEXAS, Appellant

v.

ANICETO TURRUBIATES SANCHEZ

§ On Appeal from the 415th District Court

§ of Parker County (CR21-0818)

§ April 3, 2025

§ Opinion by Justice Kerr

§ (p)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order on motion for a new trial. We reverse the trial court's order granting Appellee Aniceto Turrubiates Sanchez's new-trial motion, and we remand the case to the trial court with instructions to reinstate Sanchez's judgment of conviction and sentence.

It is further ordered that Appellant the State of Texas must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr